IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA PAVLOCK, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:21-cv-00215-DSC |
| v. | |
| PITTSBURGH TECHNICAL COLLEGE, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Brian D. Balonick* |
| 2315 Koppers Building | Fisher & Phillips LLP |
| 436 Seventh Avenue | Six PPG Place, Suite 830 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| | |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this __23rd__ day of __June__ 2021, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

s/ David Stewart Cercone
David Stewart Cercone
United States District Court Judge